DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BYRON P. CHAVEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2491

[October 31, 2019]

Appeal of order denying rule 3.800 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2015CF007207AMB.

Byron Perez Chavez, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***